DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

ATTORNEYS FOR Defendants
Nueterra Healthcare Management, LLC,
Nueterra Holdings, LLC, and
Daniel R. Tasset

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM B. MILLER, D.O., SCOTT J. JARMAN, M.D., KAM MOMI, M.D., LAWRENCE S. DEUTSCH, M.D., AND MARK ANTHONY TESTAIUTI, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> NUETERRA HEALTHCARE MANAGEMENT, LLC, NUETERRA HOLDINGS, LLC, AND DANIEL R. TASSET, <br><br> Defendants. | HONORABLE JOSEPH E. IRENAS <br> Civil Action No. 08-4638 (JEI) (AMD) <br><br> **CONSENT ORDER DISMISSING LAWSUIT WITH PREJUDICE** |

This matter having previously been stayed pending completion of the AAA Arbitration by Consent Order, dated March 27, 2009; and the issues in dispute in this matter having been amicably resolved by the parties pursuant to the terms of a Settlement Agreement; and this matter

having now come before the Court upon the joint application of defendants Nueterra Healthcare Management, LLC, Nueterra Holdings, LLC, and Daniel R. Tasset (collectively, "the Nueterra Defendants"), and plaintiffs William B. Miller, D.O., Scott J. Jarman, M.D. Kam Momi, M.D., Lawrence S. Deutsch, M.D., and Mark Anthony Testaiuti, M.D., for an Order, pursuant to Fed. R. Civ. P. 41(a)(2), and L. Civ. R. 41.1(b), dismissing this lawsuit with prejudice and without attorneys' fees or costs to any party; and the Court having noted the consent of counsel for all the parties to dismiss this lawsuit with prejudice; and good cause having been shown,

IT IS, on this _____ day of FEBRUARY, 20__,

ORDERED, that this lawsuit is hereby dismissed in its entirety with prejudice and without attorneys' fees or costs to any party.

_____
HONORABLE JOSEPH E. IRENAS, U.S.D.J.

We hereby agree to the form, content and entry of this Consent Order.

DAY PITNEY LLP
Attorneys for Defendants
Nueterra Healthcare Management, LLC,
Nueterra Holdings, LLC, and
Daniel R. Tasset

By: _____
JOHN C. MALONEY, JR.
A Member of the Firm

Dated: 1/25/2010

GIBBONS P.C.
Attorneys for Plaintiffs
William P. Miller, D.O., Scott J. Jarman, M.D.,
Kam Momi, M.D., Lawrence S. Deutsch, M.D.,
Mark Anthony Testaiuti, M.D.

By: _____
JENNIFER A. HRADIL
WILLIAM P. DENI, JR.

Dated: 1-25-10